# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**　　　　　　　　　　　　　Case Number:  1:20-cv-21810-FAM

**RYTA FOOD CORP. d/b/a Top Value Supermarket,**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) herby gives this Honorable Court notice of dismissal of this action with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 24, 2020　　　　　　　　　　*/s/ Alberto R. Leal*.
　　　　　　　　　　　　　　　　　　　　Alberto R. Leal
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002345
　　　　　　　　　　　　　　　　　　　　E-Mail: al@thelealfirm.com
　　　　　　　　　　　　　　　　　　　　The Leal Law Firm, P.A.